UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

ORIGINAL

2020 JUN 15 PM 2:15

DEPUTY CLERK ____OR____

# Matthew Dow Gomez

Plaintiff

v.   Federal Bureau of Investigation (FBI)
    Shasta County Sheriff Dept.
    Redding Police Dept.
    Bethel Church, Redding CA
    (Continued, see attached document)

Defendant

**3-20CV1584-B**

Civil Action No.

## COMPLAINT

(1) My complaint is this: Since (before) 2017 I have been harassed, stalked (gangstalked), inflicted with distress, manipulated, violated, slandered, followed, watched, surveilled. I have experienced hostility from strangers, co-workers, members of law enforcement, housemates, church members, and employers. I have been devastated financially and made to be homeless. I have had to move from one job to another and from one residence to another. My private life has been put on display by law enforcement and my privacy has been violated. My name has been slandered and my character has been defamed. They've even used a K-9 dog to harass me. It was in May of 2018 when I first began to create video logs and post them to YouTube, since then I have a strong record of what has been happening. By May of 2018, the harassment and damage had already been ongoing for over a year; and possibly longer (I do not know when they actually started but I suspect 2015).

(2) All this has been perpetrated against me by an unknown "ghost" entity with great powers from state-to-state and from city-to-city, and from one employer to another employer, harassed and hated. They know all about me but I know nothing of them, it's the FBI and local law enforcement. This is NOT due process of the law. I hope to create a legal precedence for the terms "gangstalking" and, "targeted individual."

(See attached document for additional complaint)

* Attach additional pages as needed.

Date: 6-15-2020
Signature: M G
Print Name: MATTHEW GOMEZ
Address: HOMELESS
City, State, Zip: MATTHEW.GOMEZ7333@YAHOO.COM
Telephone: 206-734-6443

**Plaintiff:**
Matthew D Gomez                              Civil Action number_____

**Co-Defendants:**
Federal Bureau of Investigation (FBI) One, Justice Way, Dallas, TX 75220
Arlington Police Dept. (TX) 620 W. Division Street Arlington, TX 76011
Farmer's Branch Police Dept. (TX) 3723 Valley View Ln, Farmers Branch, TX 75244
Bethel Church, 933 College View Dr, Redding, CA 96003
Two Jinn, Inc. dba Aladdin Bail Bonds, 1000 Aviara Parkway, Suite 300, Carlsbad, CA 92011

Shasta County Sheriff Dept. 300 Park Marina Cir, Redding, CA 96001
Redding Police Dept. 777 Cypress Ave, Redding, CA 96001
Shasta County District Attorney Office, 1355 West Street, Redding CA 96001
California State Police 601 N 7th St, Sacramento, CA 95811
Henderson Police Dept. 223 Lead St, Henderson, NV 89015
USPS, United States Postal Service, 1647 Yuba St, Redding, CA 96001

(Due to the expiration of statue of limitations the following defendants are named as individual(s) defendants.)
Stephanie A. Bridgett Shasta County District Attorney, 1355 West Street, Redding CA 96001
Alan Cox, Shasta County District Attorney's office, 1355 West Street, Redding CA 96001
Tom Bosenko Shasta County Sheriff (2018)
Roger Moore Redding Police Chief
Everyone else involved until discovery is complete.

Unknown, Discoverable(s) to be named as defendants:
DOE, Youtube Screen name(s):
The One
Vice Handler
Chief Handler
Dodbell
Waterfallz4ever

Defendant discoverable, DOE: The military-looking guy driving vehicle with US Government plates who said something to the "sandwich man" at the Sentury market in Shasta Lake City, CA. I don't know what he said but by the way the "sandwich man" looked at me whatever he said was terrifying.

Defendant discoverable, DOE: The gray-haired, blue-eyed, older man (about 6'1" 175lbs) who said to me at the Manske Library in Farmer's Branch, "<u>We</u> are going to gouge your eyes out . . ." and he said other things with very apparent hostility.
This is recorded as EVENT # 2020 143918 6/5/20, Farmer Branch Police (972) 484-3620. He triggered me to the point that I yelled at him and when people came out to see, I called out, "CALL THE POLICE . . . Identify that man! Don't let him get away !!!" This man was trying to walk away. The library employee called the police, the police arrived and I was taken to a psych ward and spent two nights in an institution. At the very least I want to identify this man and put him under oath. When the police arrived this guy was trying to walk away and I had to tell them to identify that man, they told me they already knew him.

FINAL DEFENDANT to be discovered, DOE: The man who was driving a USPS truck with plate number: US Gov plate: G34 0780R.

This individual was parked outside my home on August 28, 2019 around 10:14 am during a time when I had just begun to buy legal books and several of these books had gone missing from the mail so I had to order them twice. I have video of this individual and the truck and a testimony about him. This individual I had seen before, possibly drives a blue full-size truck, maybe a dodge ram and was following me, staring at me with hate and generally harassing me on a regular basis. He was possibly a Solar Solutions client and during conversation he mentioned something very intimidating indicating that he would murder me but he said it in such a way that I didn't understand at the time nor was I on guard for being in contact with one of, "them."

COMPLAINT:

(1) My complaint is this: Since (before) 2017 I have been harassed, stalked (gangstalked), inflicted with distress, manipulated, violated, slandered, followed, watched, surveilled. I have experienced hostility from strangers, co-workers, members of law enforcement, housemates, church members, and employers. I have been devastated financially and made to be homeless. I have had to move from one job to another and from one residence to another. My private life has been put on display by law enforcement and my privacy has been violated. My name has been slandered and my character has been defamed. They've even used a K-9 dog to harass me. It was in May of 2018 when I first began to create video logs and post them to YouTube, since then I have a strong record of what has been happening. By May of 2018, the harassment and damage had already been ongoing for over a year; and possibly longer (I do not know when they actually started but I suspect 2015).
(2) All this has been perpetrated against me by an unknown "ghost" entity with great powers from state-to-state and from city-to-city, and from one employer to another employer, harassed and hated. They know all about me but I know nothing of them, it's the FBI and local law enforcement. This is NOT due process of the law. I hope to create a legal precedence for the terms "gangstalking" and, "targeted individual."
(3) They have misused their powers and disregarded due process of law and the Constitution of the United States. I have been PRESUMED GUILTY and treated as such. They have disregarded the Bill of Rights.
Now it has been 3 full years and I have SERVED A SENTENCE without any JURY, or Judge, no legal process at all. I am currently SENTENCED TO (a) LIFE (TIME) of being STALKED by a GANG of high-level individual(s) who have access to my phone and are able to track my every move.
(3.1) They have even hacked my pin numbers and accessed my iPhone to watch me inside my home. Whenever I use the navigation feature on my iPhone to go somewhere, they know where I am going and they seem to always be ahead of me and behind me.
(3.2) On June 5th 2020, the very day I first went to the Federal Court building in Dallas to get the paperwork to file this lawsuit, on that very day, they sent an aggressive man to threaten me and I ended up in a psych ward, that very day! That man committed a criminal threat to do me bodily harm and I ended up in the psych ward.
(3.3) Witness Arevalo-Nolan said they will tamper with my food.
(4) I feel like my PRIVATE LIFE is on display at the 50-yard line of the Super Bowl during the half-time show. This privacy violation to co-workers, church members, and the general public (strangers) and people I did not know nor had I ever seen before.
(4.2) Their hostility toward me has been intolerable, extremely distressing, and intentional.
(4.4) Also, I will testify of a violation of my 2nd Amendment right to own a firearm.
(4.5) There is a great possibility of discrimination due to being a Trump supporter and individuals in the California Government who are hostile towards me because of my political views.
(4.6) Let me not forget the failure of the USPS to deliver legal books as soon as I decided to begin legal research.

(4.7) Also their ability to seemingly, "read my mind" as they had some kind of surveillance device that immediately after I began to "talk to myself" about filing a lawsuit, suddenly they all scampered away and hid in the shadows.

(4.8) Anything they have against me will come from a time when I was COMPLETELY ALONE and/or thought I was alone, not knowing they were watching and listening. That is to say: I am completely innocent of any crime. Nor have I conspired to commit a crime; nor have I even entertained any thought of committing a crime.

(4.9) I have done nothing at all that involves another person. This is a fact.

**LIST OF WITNESSES:**

(5) The following is an incomplete list of individuals I plan to put under oath to get their truthful testimony.

(6) Aladdin Bail Bond employees, 1723 Placer St, Redding, CA 96001
Cliff Maestro
Mario Chavez
Shermain Gray
Susan Curts
Robbie Shepherd
Kimberly Rae
Cody Ramirez

(7) American Directions Group (ADG) employees, 2951 Churn Creek Rd, Redding CA 96002
Managers employed 2018 while I was there, Discoverable

(8) Solar Solutions employees, 8796 Airport Rd, Redding, CA 96002
Sherry Bruns
Paul Jacobs
Brad Harrison
Several Solar Solutions customers

(9) KCNR Radio, 1326 Market St, Redding, CA 96001
Owner: Carl Bott

(10) Crown Motors employees, 555 Cypress Ave, Redding, CA 96001
Steve Roberts
Miss. Crowley
Manager of Nissan Dealership

(11) CRS Services Limited (Commercial Residential Services) employees: 3037 E Warmsprings Rd Ste 100 Las Vegas, NV 89120
Palou (Discoverable)
Mike
The Owner of CRS

(12) Family members:
Dan Gomez
Virginia Gomez
Jeanna Gomez
David Gomez

Cali Williams
Brittany Woods
Ashley Woods
Ella Newman
Chris' friend Darlene

(13) Previous girlfriends:
Stephanie Santrizos
Susan Straccia
Andrea Bush

(14) Other individuals:
Jan Grantham
Robert Arevalo-Nolan or Robert Noleman-Arevalo
Elisabeth Peron
Mike Solomon
Tina Solomon
Dr. R.W. Goines Pastor, Koinonia Church, Arlington
Tracy Eckert Pastor, Storehouse Church, Farmers Branch
Dave Eckert Pastor, Storehouse Church, Farmers Branch
Bill Johnson Pastor, Bethel Church, Redding
Beni Johnson
Eric Johnson
Stan Reynolds
Chloe Velasquez
Gray-haired, bushy-headed man with goatee and beard driving east on highway 10 in New Mexico on March 7th 2020. He was driving a state of New Mexico vehicle.
"sandwich man" at BBQ of Sentry Market, 4525 Shasta Dam Blvd #9417, Shasta Lake, CA 96019 (530) 275-2936

(15) Additional discoverable witnesses:
Sutter County Deputy Sheriffs serving the jail during my employment with Aladdin Bail Bonds
Lassen – Specifically the blonde office clerk
Yuba County Deputy Sheriffs serving the jail during my employment with Aladdin Bail Bonds
Siskiyou – Specifically the deputy who looked at me like she was terrified
Shasta – a dozen or so deputies
Butte County Deputy Sheriffs serving the jail during my employment with Aladdin Bail Bonds
Colusa County Deputy Sheriffs serving the jail during my employment with Aladdin Bail Bonds
Glenn County Deputy Sheriffs serving the jail during my employment with Aladdin Bail Bonds
Plumas County Deputy Sheriffs serving the jail during my employment with Aladdin Bail Bonds
Tehama – a dozen or so deputies

(16) Witnesses, co-habitants:
Robert Neil – 13731 Moonlite Lane, Redding CA 96003
Four individuals at this address (K-9 Harassment) – 1767 Summerfield Ct. Redding CA 96002
Men's home, several individuals: 1871 Kenyon Dr. Redding CA 96001
Men's home, several individuals: 206 Navajo Dr. Henderson NV 89015

Police officer 1 on video I have
Police officer 2 on video I have
Police officer 3 still picture I have

Youtube screen name: Darlean Bates

(17) Youtube video log of harassment:

https://www.youtube.com/watch?v=IaWBodlilw4&t=81s

https://www.youtube.com/watch?v=32GX8k44HAU&t=11s

https://www.youtube.com/watch?v=SsvGvXbltU8

https://www.youtube.com/watch?v=nmuvHPKk8us

https://www.youtube.com/watch?v=QNeqHAlPt1s

https://www.youtube.com/watch?v=CbYYVC7XPSQ

https://www.youtube.com/watch?v=IrLkzWG-hkA

https://www.youtube.com/watch?v=gpTfAN9l8lg

https://www.youtube.com/watch?v=ac7EohHo1Pc

https://www.youtube.com/watch?v=zM5bNH-Jp_Y

https://www.youtube.com/watch?v=xgC7r7e0Vy0

https://www.youtube.com/watch?v=uQlR97vr_9E

(18) There are too many YouTube videos to list here but be assured there is a good video log history that began a few months after I realized I was being targeted and gangstalked.

(19) At this point I would like to mention that "they" have already hacked my iPhone, pin numbers and other personal information so it important that I mention this: "They" have an advantage in that they already know I am filing suit and possibly are able to read this document even as I am typing it or hack my email to see all files.

(20) To Bethel Church: The LORD told me to file suit against you. You will find out that JESUS is LORD when you pray about this; discovery and truth will reveal the corruption and trouble that the Redding Police Department has gotten you involved with; this is eternal. "Whatsoever you have done to the least of these of mine you have done unto me." Gangstalking is NOT a valid form of ministry and according to the United States Constitution there is a mandate for separation of church and state. 'Settle matters quickly with your adversary who is taking you to court. Do it while you are still together on the way, or your adversary may hand you over to the judge, and the judge may hand you over to the officer, and you may be thrown into prison.'

(21) To Aladdin Bail Bonds: I signed the "separation agreement" during a time when I was having irrepressible fantasies about suicide by cop and I could not see any way out of my situation. For a short time I really believed my only way out was suicide by cop. I believe that I was legally incompetent and under great emotional distress and psychological trauma as anyone

would be when having daydreams and fantasies of "suicide by cop." This must be the definition of crazy: To think your only option is suicide by cop. I also believe that discovery will bring to light involvement of law enforcement and harassment in the office, why else were you so quick to draw up a separation agreement. Aladdin, you know who is really liable, let us hold them accountable.

(21.5) I would also like to mention here that sometime in 2018 after I realized that I was powerless to do anything against them but they had all power to interfere in my life, at this time I decided to intentionally provoke them. This was possibly not the best idea but every time I tried to get evidence in my favor they could just disappear. I found myself with no proof, and very little knowledge of the law. I felt like my only option was to provoke them as much as possible in hopes that they would make a mistake and give me some kind of tangible evidence. Subsequent to this I finally realized that it is futile to try to get evidence against them and that is when I became suicidal with a belief that the best option was suicide by cop. I had also been experiencing harassment at work, on going harassment specifically by Shermaine Gray who told me she is personal friends with a Shasta County Sheriff Detective and she also seemed to know personal details about my private life. By the middle of 2019 the harassment was so regular to me I had adapted to it and accepted it. Harassment had become a regular part of my life and getting evidence was very hard. I was hanging on to my job with Aladdin Bail Bonds "for dear life" (LITERALLY) but when the harassment became too much to bear I threatened to sue Aladdin Bail Bonds (my employer at the time). At this time I was borderline suicidal, on my 5th or 6th job, I had changed residence 4 times due to harassment and they were pressuring me out of the current residence and employment.

(21.6) At that time I had very little evidence, calling law firms was no help as nobody would take my case, nor could I afford an attorney, and even if I could afford an attorney I had very little proof. In other words: Nobody wants to sue the FBI, especially Law Firms. One attorney told me: Nobody around here is going to sue the county because we work with them every day, you'll have to go to a different county and find an attorney somewhere else.

(21.7) When you are a target individual it becomes difficult to know reality and here is why. Suppose somebody pulls up behind you on the freeway and tailgates you then passes you really fast, flips you the finger and drives off. When you are targeted this could be somebody who his hateful towards you and intentionally harassing you or it could just be someone who is in a hurry and rude. When you go to the Carls Jr. across the street from where you live and it's a place you frequent and it just so happens that the pin number to get into the bathroom is the same exact pin number to open you iPhone . . . coincidence or are you being harasses? (And both of these scenarios really happened. Is it proof I am being targeted and harassed or just normal every day life.) Their purpose is to make you crazy, whether it by the helplessness of feeling like suicide by cop is your only option or by all sorts of strange coincidences. I also discovered there is a real such thing as a, "gay mafia." Or maybe there is no such thing as a "gay mafia" and I'm just being targeted, or both! Or neither!

(21.8) If this lawsuit does not work, my final option is to do something illegal so I get arrested and then in the criminal trial start calling my witnesses and try to persuade the judge and jury that I had committed that criminal act for the purpose of getting legal counsel and some kind of legal action. Yes, your mind starts to think crazy thoughts like this. It wouldn't be so bad if these were just "thoughts" but you know it's real when you are actually considering such extreme action as to commit a crime because you desperately need a lawyer and a judge.

(21.9) I could continue this complaint but we can save the rest for the jury to hear. Just one last issue I need to explain: It is a slow process of realizing you are a TARGETED INDIVIDUAL. It

is even slower when you can't figure out why! Even worse is when you start to figure out why you are targeted and realize it's something habitual from childhood and no manner of changing a duckling into a kitten will reverse the imprinting. When a duckling mistakenly imprints on a golden retriever, it's irreversible and cannot be changed. It has to do with a critical period in development. The real criminal is the one who killed the momma duck.

(21.9.1) When the reason you are targeted has to do with something that happened when you were so young that your brain was in a critical period of development when it happened, it's not under you control. Events that happen so early in life that they cannot be remembered until confronted with them; and then when you do remember them you wish you could forget (or wish you had not remembered.) In other words: You can't unremember. Previously I had been able to repress these memories but when being targeted it causes you to have to be constantly conscious of the very things you try to forget and thereby makes matters worse. All this then compounded by harassment, compounded again by the helplessness, compounded again by the desire to provoke them back, compounded by loss of employment, fear of homelessness, anger, suicidal thoughts of suicide by cop, etc. etc. In other words: I am being targeted for something I did not do and psychological issues I cannot reverse. In the same way that when a duckling imprints on a golden retriever, no manner of therapy will cause the duckling to "re-imprint." I am a good person and I have ALWAYS done the right thing but there are certain things that I cannot change. I believe that I can prove in court that I was living better and more "righteous" BEFORE the harassment. I believe that the harassment only caused me to withdrawal from society, isolate myself, and became a constant reminder of the issues I had been successfully able to repress. The final point is this: Their harassment has changed me and made things WORSE than ever before and I BLAME "them" for it. If you look at how I was living BEFORE being targeted and then look at me 2 years after being targeted; you will come to the conclusion that the targeted harassment is what caused my repressed issues to surface; never in any criminal intent or action; nonetheless. Again: I have NEVER had any criminal intent nor have I ever committed a criminal act. I cannot prove that I am innocent, I just am. I shouldn't have to prove that I am innocent, I just am innocent.

(21.9.2) Their purpose to attack my financially and cause me to be unemployed may have been specifically to ensure that I could not afford legal counsel. While considering this lawsuit my other option was to commit a crime so that I could at least have access to a judge and jury and criminal defense lawyer. The plan was to commit a basic felony and then in the criminal court start calling witnesses and hope that I could persuade the Jury that I am a targeted individual. This is how you begin to think when you are targeted as I have been.

(21.9.3) The most recent attorney I spoke with said, "We don't take cases against the FBI."

PRAYER FOR RELIEF

(22) Since over the last two years they have expressed to me that they intend to "destroy" me. Their communication has been clear that their intention is to make me, "homeless." By homeless, we can also assume that this also implies, "unemployed." Considering that they have "gangstalked" me out of the last six (6) employers and they have found a way to harass me on the job of each one, and/or have affected my ability to make sales. Considering that they also harass me on YouTube and intentionally make it hard for me to gain adSense revenue.

(23) Considering that I am now homeless and unemployed, exactly as they expressed a purpose of perpetrating against me over the past two years. What they have desired has, "come to pass."

I am now homeless and unemployed, mentally unable to get another job as I already know what will happen and I must avoid the harassment and emotional distress that now seems to come hand-in-hand with employment.

(24) I have had to flee away from California and I am now in Texas. I made this move with a desire to escape from them. Yet they follow me everywhere.

(24) I request enough money to buy a house so they cannot make me homeless. I demand a house big enough to rent out rooms so they can "plant a mole" inside my own home if they see fit. I demand they leave me alone as far as employment and income and I demand enough money to support me until I am able to get another education and never be "unemployed, broke and homeless." This was their intention: To make me unemployed, broke and homeless. And this is my current situation: unemployed, broke and homeless.

(25) I request that I have enough money to put video surveillance all around where I live to protect me from them and I demand "they" also have access to the video surveillance system themselves so they can monitor me if they so desire and to exonerate me should there come any kind of false accusation against me.

(26) I request to have a "meet and greet" with someone in the FBI who can come to me and tell me what they want rather than, like a "ghost," manipulate my situation and let me try to "figure out" what's going on. This has been the case: They manipulate my circumstances and never actually communicate with me outside of that, leaving me "clueless" and "helpless" to try to "figure out" what exactly they want me to do. Therefore I demand to have some method of communication with them that is DIRECT.

(27) I request that whenever I buy a new vehicle that I have someone I can meet with to install a tracking device that they can monitor. I believe that they have already put tracking devices in both of my vehicles. I make this request for my own protection as I suspect that they have tried to frame me for arrest for: Arson, abduction, and who-knows-what. When I testify, this will all make more sense. Let me just say it this way: Had it not been for surveillance cameras at the Circle K and WalMart, I am certain that they would have already framed me for a crime and jailed me for something I did not do (SHAME ON YOU REDDING POLICE). I will testify under oath to give more details on this point. However, I request tracking devices to be installed on all my vehicles so that "they" can monitor my whereabouts and I can prove (exonerate myself) should they try to frame me for a crime at any time in the future.

(28) I demand to see all evidence against me and meet all those who were investigating me, face to face, in a legal, under-oath setting. I want to meet these people and talk to them.

(28.5) Specifically I want to see the pictures taken by the Hercules C-130 aircraft that flew over my campsite on May 3, 2017 after 3pm in the region east of Hwy 395 near Dry Creek not far from Crestview, CA. This aircraft flew directly over my campsite and I could clearly see the camera pod under the plane and the actual camera lens, it flew just a few feet over the tree-line and very low. At the time I was perplexed by this because I did not realize I was being watched.

(28.6) Also, the night before on May 2 sometime after dark there was a drone flying over my campsite in Nevada west of Amargosa Valley junction, hwy 96 and 373. This was a few miles west of hwy 96 and ½ mile south of 373. I think they have some kind of surveillance images of me from that time as well. I would like to see these images.

(29) I pray for relief and some kind of damages awarded so I can begin a new life.

(30) I request that anyone who lies under oath be prosecuted to the full extent of the law. I demand that anyone who conspires with others to lie under oath also receive felony conspiracy charges and witness intimidation charges. That is to say: Law enforcement that lies under oath shall be charged with three felony(s) and at that time they can lose their job, go homeless, and it can be done to them what they have intended for me.

(31) Finally, in addition to my prayer for relief I also offer this lament: God is my witness; I plan on telling the whole truth while under oath and I expect TRUTH to come forth from this legal process. It is my testimony that I believe that God has told me to file this paperwork and pursue legal action in FEDERAL court. Oh, how the Church has fallen and turned to wickedness! Oh, how law enforcement has turned aside and forsaken the Constitution and Bill of Rights and due process of law! May the Lord send his Holy Angels on my behalf and may all come to revere The Lord and the Constitution of the United States of America. God bless you and God bless America!

(32) I request a trial, a 12 panel, common-law jury and a judge. I demand to testify under oath and to call to testify all those involved in this, "investigation." I demand to see all evidence against me and meet my accusers. I demand to know when they first began to surveil me and their first contact with me. I DEMAND DUE COMPENSATION FOR 3 FULL YEARS OF MY LIFE AND PSYCHOLOGICAL DISTRESS. FINALLY, I DEMAND TO CLEAR MY NAME ONCE AND FOR ALL!

(33) Before the Lord God Himself, with hand on a Holy Bible, under oath, I will testify that I have NEVER so much as even touched anyone inappropriately. Nor have I ever conspired with anyone or even with myself to commit a crime. As far as crime: I am innocent; and I believe I can prove this in a court of law.

(34) It has come to my understanding that some members of law enforcement have broken their trust and misused their powers. Therefore, if they tell the truth in court they may legitimately lose their position of authority due to their own corruption. They are therefore motivated to lie under oath to protect their position of authority. May they be exonerated for telling the truth but if they lie under oath, may they be fully accountable before the law, man, and especially before God.



# Shasta County

## SUPPORT SERVICES – RISK MANAGEMENT

1450 Court Street, Ste. 348
Redding, CA 96001
(530) 225-5143
(530) 225-5251 FAX
California Relay Service at 711 or 800 735-2922
www.co.shasta.ca.us

<u>CERTIFIED MAIL</u>

Matthew Gomez
1214 Rose Ave #2
Redding, CA 96001

January 6, 2020

Subject:   Your Claim
          Shasta County File #16-0456

Dear Matthew Gomez:

Shasta County Risk Management reviews all claims with legal counsel. The claim you presented against Shasta County on November 22, 2019 for Date of Incident "Since 2017, ongoing until now 11-21-2019" (copy enclosed) is being rejected because it was not presented within six (6) months after the event or occurrence.

Therefore, we hereby <u>reject</u> any cause of action accruing before May 22, 2019 as it was not presented timely as required by law (see Government Code Sections 910 and 911.2).

   Your only recourse is to apply without delay to the Shasta County Board of Supervisors for leave to present a late claim (see Government Code Sections 911.2, 911.4, and 946.6). Under some circumstances, leave to present a late claim will be granted (see Government Code Section 911.6).

Further, we <u>deny</u> any cause of action accruing on or after May 22, 2019 as neither a proper charge against the County nor for an amount justly due.

<u>WARNING</u>

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim (see Government Code Sections 911.2 and 945.6).

This time limitation referred to in this notice applies only to claims or causes of action which are governed by the California Government Claims Act or the Shasta County Code Chapter 2.90 which does not apply to Federal causes of action.

*August 25, 2019 Legal books not arriving in mail and I had to buy the same book twice.*



*August 28, 2019 See video of "the man" going through my mail box on a day I was expecting another legal book.*

*Tracking showed that a law book was delivered that day but mail box was empty, this was the second time a law book went missing.*



*I have many more pictures and video evidence that I have chosen to not include in this complaint because I want to put everyone under oath first and then get their truthful testimony.*

JS 44 (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff  **DALLAS**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

**NONE**

Attorneys *(If Known)*

RECEIVED
JUN 15 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☒ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS |  | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☒ 320 Assault, Libel & Slander |  |  |  | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  |  |  | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine |  |  | ☐ 830 Patent | ☐ 460 Deportation |
|  | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** |  | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice |  | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
|  |  |  | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
|  |  |  |  | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee |  | ☐ 871 IRS—Third Party 26 USC 7609 |  |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability |  | ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment | **Other:** | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 448 Education | ☐ 550 Civil Rights |  |  |  |
|  |  | ☐ 555 Prison Condition |  |  |  |
|  |  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**VIOLATION OF U.S. CONSTITUTION, BILL OF RIGHTS,**

Brief description of cause:
**TARGETED INDIVIDUAL - HARASSMENT - LACK OF DUE PROCESS OF LAW**

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
  (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
  (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; NOTE: **federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553   Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.